# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOLIFE, INC., | ) |
| | ) |
|         Plaintiff, | ) |
|     v. | )   C.A. No. 14-559-SLR |
| | ) |
| C.R. BARD, INC., DAVOL, INC., and | ) |
| MEDAFOR, INC., | ) |
| | ) |
|         Defendants. | ) |
| | ) |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104

I, MARY W. BOURKE, after first being duly sworn, on this 1st day of May, 2014, do depose and say:

1. I am a partner at the law firm Womble Carlyle Sandridge & Rice LLP, counsel to Plaintiff CryoLife, Inc. in this action.

2. Defendant C.R. Bard, Inc. is a corporation existing under the laws of the State of New Jersey, having a principal place of business at 730 Central Avenue, Murray Hill, New Jersey 07974.

3. On April 29, 2014, copies of the Summons, Complaint and related papers in this action were sent via Federal Express, pursuant to 10 Del. C. § 3104, to C.R. Bard, Inc. at 730 Central Avenue, Murray Hill, New Jersey 07974. *See* Exhibit 1.

4. On April 30, 2014, I received notification that C.R. Bard, Inc. received the Summons, Complaint and related papers on April 30, 2014. *See* Exhibit 2.

5. Defendant Medafor, Inc. is a corporation existing under the laws of the State of Minnesota with its principal place of business at 4001 Lakebreeze Avenue, Minneapolis, Minnesota 55429.

-2-

6.     On April 29, 2014, copies of the Summons, Complaint and related papers in this action were sent via Federal Express, pursuant to 10 Del. C. § 3104, to Medafor, Inc. at 4001 Lakebreeze Avenue, Minneapolis, Minnesota 55429.  *See* Exhibit 3.

7.     On April 30, 2014, I received notification that Medafor, Inc. received the Summons, Complaint and related papers on April 30, 2014.  *See* Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: May 1, 2014 | Respectfully submitted, |
| Of Counsel: | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| John W. Cox<br>Chittam U. Thakore<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>Atlantic Station<br>271 17th Street, NW, Suite 2400<br>Atlanta, GA 30363<br>jwcox@wcsr.com<br>cthakore@wcsr.com<br>(404) 872-7000<br>(404) 888-7490 (fax) | */s/ Mary W. Bourke*<br>Mary W. Bourke (#2356)<br>Dana K. Severance (#4869)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br>(302) 252-4330 (Fax)<br>mbourke@wcsr.com<br>dseverance@wcsr.com<br><br>*Attorneys for Plaintiff CryoLife, Inc.* |