**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| | ) |
| CRYOLIFE, INC. | ) |
| | ) |
|            Plaintiff, | ) |
| v. | )    C.A. No. 14-559 (SLR) |
| | ) |
| C.R. BARD, DAVOL, INC. and | )    ██████████ |
| MEDAFOR, INC. | ) |
| | )    Redacted Version of D.I. 81 |
|            Defendants. | ) |
| | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**DECLARATION OF CHRISTOPHER J. BOKHART**

1.      I, Christopher J. Bokhart, declare as follows:

**I -      EXPERT QUALIFICATIONS**

2.      I am a Vice President at Charles River Associates ("CRA"), an international consulting firm dedicated to advising clients and counsel in the areas of business valuation, licensing, and litigation support services.  During my tenure at CRA (and at InteCap, Inc., a predecessor to CRA), I have supervised and participated in a variety of commercial litigation engagements involving patent infringement damages, breach of contract damages, and commercial success analyses.  I have consulted with clients and counsel on business valuation issues, accounting disputes, and market assessments.  I have also assisted in contract negotiations and intellectual property licensing in several industries, including pharmaceutical distribution and financial services among others.

3.      I received a Bachelor of Science degree in Management with an emphasis in Accounting from Purdue University.  I am a Certified Public Accountant in the state of Illinois and am Certified in Financial Forensics by the AICPA.

4.      A copy of my curriculum vitae can be found in the attached appendices, along with a summary of my previous testimony in other cases [Tabs 1 and 2].

██████████████████████████████████████████████



















































,

s

e







I further declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.


Executed on December 5, 2014

Redacted Version Filed: December 12, 2014

Christopher J. Bokhart