# Tab 1



## CHRISTOPHER J. BOKHART, CPA, CFF, CFE
Vice President

B.S. Management
Purdue University

Mr. Bokhart is a Vice President and has over 25 years of experience in intellectual property (IP) and business valuation.  He assists companies and counsel in transactional, strategy, litigation, and financial reporting matters involving patents, trademarks, trade secrets, copyrights, and business interests.

His expertise in such engagements has been applied in a broad array of manufacturing, services, and retail industries, for clients ranging from Fortune 500 companies to individuals, and governmental and non-profit entities.  Through the application of accounting, finance, and economics techniques, Mr. Bokhart analyzes incremental revenues, costs, and profitability, as well as other issues including the determination of discount rates, cost of capital, and royalty rates. These projects often involve the use and interpretation of statistical analyses, financial modeling, comparable transactions, and market research.

Mr. Bokhart has provided significant testimony in federal, state, and arbitration settings on subjects including the valuation of intellectual property, such as patents, trademarks, copyrights and trade secrets.  In addition, he has often assisted in case evaluation and royalty audits in commercial disputes prior to potential litigation as well as post licensing royalty compliance.

In the transactional setting, he has advised companies on valuation and pricing issues in the context of acquisitions, joint ventures, bankruptcy, corporate restructuring, and investment holding companies.  His background also includes experience in licensing, including the analysis of royalty rates.

In addition to his consulting experience, Mr. Bokhart has lectured on topics, including intellectual property valuation, lost profit and reasonable royalty damages determinations, licensing strategies, joint partnerships and strategic alliances, and international competition.

Mr. Bokhart co-founded Chicago-based IPC Group (a predecessor company of InteCap which was acquired by CRA) in 1988.  Prior to the founding of IPC Group, Mr. Bokhart was an Executive Consultant for Peterson & Company, a Chicago based firm who specialized in accounting, financial and economic consulting firm.

## WORK EXPERIENCE

- 1982 – 1988  Peterson & Company Consulting

- 1988 – 2001  IPC Group

- 2001 – 2004  InteCap (successor to IPC Group)

- 2004 to Date  Charles River Associates (InteCap was acquired by CRA)

## SELECTED AFFILIATIONS

- CPA., State of Illinois

- CFF, Certified in Financial Forensics

- CFE., Certified Fraud Examiner

- American Institute of Certified Public Accountants

- Licensing Executives Society

- Institute of Management Accountants

- Business Valuation Association