Tab 2



## CHRISTOPHER J. BOKHART, CPA, CFF, CFE
Vice President

B.S. Management
Purdue University

### PREVIOUS TESTIMONY

AIL Systems, Inc., v. The United States of America
United States Court of Federal Claims
No. 94-23C

Argentum Medical LLC v. Noble Biomaterials et al.
U.S. District Court, Middle District of Pennsylvania
Civil Action No. 08-cv-01305

Archer-Daniels-Midland Company v. Phoenix Assurance Company of New York, et al.
U.S. District Court, Southern District of Illinois
Civil Action No. 95-4001 JLF

Archer-Daniels-Midland Company v. Robinson Fans, Inc.
U.S. District Court, Southern District of Iowa
Civil Action No. 3:10-cv-0100-CRW-CFB

Ashley Furniture Industries, Inc. v. Laura Ashley Holdings, plc and Laura Ashley, Inc.
American Arbitration Association, Chicago, Illinois
No. 51 133 Y 01056 08

Aventis Pharma S.A. and Sanofi-Aventis U.S., LLC v. Hospira, Inc., Apotex, Inc. and Apotex Corp.
U.S. District Court, District of Delaware
Civil Action No. 07-721-GMS

Robert S. Babington and Babington Enterprises, Inc. v. AB Electrolux and Electrolux S.a.r.l.
U.S. District Court, Eastern District of Virginia, Alexandria Division
Civil Action No. 01-915-A

Bayer AG v. Sony Electronics Inc. and Bayer AG v. Sony Corporation Inc. and Dowa Mining Co.
U.S. District Court, District of Delaware
Civil Action No. 95-8/97-401-JJF

Bayer AG, and Bayer Corporation v. Housey Pharmaceuticals, Inc.
U.S. District Court, District of Delaware
Civil Action No. 01-148 SLR

Biacore, AB, and Biacore, Inc., v. Thermo Bioanalysis Corporation
U.S. District Court, District of Delaware
Civil Action No. 97-274-SLR

Chesterfield Investments, Inc. v. Lear Corporation
Macomb County Circuit Court, Southfield, Michigan
Case: 01-3882-CK, AAA Case No. 54-181-00273-1

Cohesive Technologies, Inc. v. Waters Corporation
U.S. District Court, District of Massachusetts
Civil Action No. 99-CV11528(REK)

CoStar Group, Inc., et al. v. LoopNet, Inc., et al.
U.S. District Court, District of Maryland
Civil Action No. DKC99CV2983

Caterpillar, Inc., v. Molins PLC,
U.S. District Court, District of Delaware
Civil Action No. 94-612-JJF

Cross Atlantic Capital Partners, Inc. v. Facebook, Inc. and Thefacebook, LLC
U.S. District Court, Eastern Pennsylvania
Civil Action No. 07-CV-02768-JP

CSU Holdings, et. al. v. Xerox Corporation
U.S. District Court, District of Kansas
Civil Action No. MDL-1021

DataTreasury Corporation v. Magtek, Inc., f/k/a Mag-Tek, Inc.
U.S. District Court, Eastern District of Texas, Marshall Division
Civil Action No. 2:03-CV-459

DataTreasury Corporation v. Wells Fargo & Company, et al.
U.S. District Court, Eastern District of Texas, Marshall Division
Civil Action No. 2:06-CV-72(DF)

Deere & Company v. The Toro Company and Tri State Turf & Irrigation, Inc.
U.S. District Court for the Central District of Illinois Rock Island Division
Arbitration No. 51 184Y 01557 04

Deere & Company v. Kubota Corporation and Kubota Tractor Corporation
U.S. District Court, Central District of Illinois, Rock Island Division
Civil Action No. 99-4026

Eastown Distributors Co., Hubert Distributors, Inc., Oak Distributing Company, Inc., Powers
Distributing Company, Inc. v. Fred R. Long, Esq; W.C. Thomas; Pat Jordan; The American
Consulting Group, Inc.; West Coast Industrial Relations Association, Inc.; and Jeffer, Mangels,
Butler & Marmaro, LLP
State of Michigan, Circuit Court for the County of Wayne
Case No. 98-837032-CK, 98-837088-CK, 98-837089-CK, 98-837090-CK

EMI Group North America, Inc., v. Cypress Semiconductor Corporation
U.S. District Court, District of Delaware
Civil Action No. 98-350-RRM

Evident Corporation/The Peroxydent Group v. Colgate-Palmolive Co., Inc.
U.S. District Court, District of New Jersey
Civil Action No.98-CV-4376 (MLC)

**CHRISTOPHER J. BOKHART**

Page 3

---

Fair Isaac Corp; and myFICO Consumer Services, Inc. v. Equifax Inc.; Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; VantageScore Solutions LLC; and Does I through X
U.S. District Court, District of Minnesota
Civil Action No. 0:06-cv-04112

Ferndale Laboratories, Inc. v. Astra Aktiebolag and Astra Pharmaceuticals, L.P.
U.S. District Court, Eastern District of Michigan, Southern Division
Civil Action No. 99-73361

Fike Corporation v. The United States of America
U.S. Court of Federal Claims
No. 95-58 C

Flex-Rest, LLC v. Steelcase, Inc.
U.S. District Court, Western District of Michigan
Civil Action No. 1:02cv537

Frank Gaylord v. The United States of America
U.S. Court of Federal Claims
No. 6-539 C

Fujitsu Network Communications Inc. et al v. Tellabs, Inc. et al.
U.S. District Court, Northern District of Illinois
Civil Action No. 1:09-cv-04530

Gary Ganzi, et al. v. Walter Ganzi, Jr. et al.
Supreme Court of the State of New York, County of New York
Index No. 653074/2012

Generac Corporation v. Caterpillar, Inc.
U.S. District Court, Western District of Wisconsin
Civil Action No. 96-C-04265

Goss International Americas, Inc. v. Graphic Management Associates Inc,. Muller Martini Corp., Mueller Martini Drukverarbeitungs Systeme AG, Muller Martini Holding AG, Muller Martini Marketing AG and Grapha-Holding AG
U.S. District Court, Northern District of Illinois, Eastern Division
Civil Action No. 05 C 5622

Habersham Plantation Corporation, et al. v. Art & Frame Direct, Inc., et al.
U.S. District Court, Southern District of Florida
Civil Action No. 10-61532-CIV

Haworth, Inc. v. Steelcase, Inc.
U.S. District Court, Western District of Michigan, Southern Division
Civil Action No.'s K-85-526-CA and G-89-30373-CA

Henkel Corporation, and Henkel Kommanditgesellschaft Auf Aktien v. Allco Chemical Corporation, and AlliedSignal, Inc.
U.S. District Court, District of Delaware
Civil Action No. 96-578 SLR

Dan E. Hisken and Ed Stricker v. The United States of America
U.S. Claims Court
No. 93-785C

HTC Corporation and HTC American, Inc. v. Technology Properties Limited, Patriot Scientific
Corporation and Alliacense Limited
U.S. District Court, Northern District of California, San Jose Division
Case No. 5:08-cv-00877 PSG

Infigen, Inc. v. Advanced Cell Technology, Inc., and Steven L. Stice
U.S. District Court, Western District of Wisconsin
Case No. 98 C0431 C

JP Morgan Chase Bank, N.A. v. DataTreasury Corporation
United States District Court, Eastern District of Texas, Texarkana Division
Civil Action No. 5:12-CV-119-MHS

Leader Technologies, Inc. v. Facebook, Inc.
U.S. District Court, District of Delaware
Civil Action No. 08-cv-08-862-JJF-LPS

Liberty Ammunition, Inc. v. The United States
United States Court of Federal Claims
No. 11-0084C

Midwest Oilseeds, Inc. v. Limagrain Genetics Corporation, f/k/a Callahan Enterprises, Inc.
U.S. District Court, Southern District of Iowa, Central Division
No. 4-00-CV-90695

Monec Holding AG v. Motorola Mobility, Inc., Samsung electronics America, Inc., Samsung
Electronics, Co., Ltd., HTC Corp., HTC America, Inc., and Exedea, Inc.
U.S. District Court, District of Delaware
C.A. No. 1:11-cv-00798-LPS

Netalog, Inc. v. Belkin Corporation
U.S. District Court, Middle District of North Carolina
Case No. 1:05CV00391

Northwest Airlines, Inc. v. NWA Federal Credit Union
U.S. District Court District of Minnesota
Case No. 03-3625

Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG v. Lupin
Ltd. And Lupin Pharmaceuticals, Inc.
U.S. District Court, District of New Jersey
Civil Action No. 06-5954 (HAA)(ES)

Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG v. Par
Pharmaceutical Companies, Inc. Par Pharmaceutical, and Kali Laboratories, Inc.
U.S District Court, District of New Jersey
Civil Action Nos. 06-4788 and 06-6283 (HAA)(ES)

---

Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG v. Teva Pharmaceuticals USA, Inc.
U.S. District Court, District of New Jersey
Civil Action Nos. 04-4473 and 06-1130

Nylok Fastener Corporation v. The Oakland Corporation, d/b/a ND Industries, Inc.
U.S. District Court, Eastern District of Michigan, Southern Division
Civil Action No. 89-71153

The Oakland Corporation, d/b/a ND Industries, Inc. v. Nylok Fastener Corporation
U.S. District Court, Eastern District of Michigan, Southern Division
Civil Action No. 89-71969

Pfizer Canada Inc. and Warner-Lambert Company, LLC v. The Minister of Health and Apotex Inc.
Federal Court, Canada
Court File No. T-16-06

Pfizer Canada Inc. and Warner-Lambert Company, LLC v. The Minister of Health and NovaPharm Limited
Federal Court, Canada
Court File No. T-560-05

Pfizer Canada Inc. and Warner-Lambert Company, LLC v. The Minister of Health and Ranbaxy Laboratories Limited
Federal Court, Canada
Court File No. T-507-05

Pfizer Canada Inc. and Warner-Lambert Company, LLC v. The Minister of Health and Ratiopharm Inc.
Federal Court, Canada
Court File No. T-1128-05

Pfizer, Inc. et al. v. Ranbaxy Laboratories, et al.
U.S. District Court, District of Delaware
C.A. No. 03-209 (JJF)

Photogenesis, Inc., et al. v. Washington University, et al.
U.S. District Court, Eastern District of Missouri, Eastern Division
Civil Action No. 4:99CV00700 SNL

Plastech Exterior Systems, Inc. v. Deere & Company
American Arbitration Association, Chicago, Illinois
No. 51 Y 181 00140 00

Purdue Pharma Products LP, Napp Pharmaceutical Group LTD., Biovail Laboratories International SRL, and Ortho-McNeil, Inc. v. Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.
U.S. District Court, District of Delaware
Civil Action Nos. 07-225-JJF and 07-414-JJF

Rembrandt Data Technologies, LP. v. AOL LLC, et al.
U.S. District Court, Eastern District of Virginia, Alexandria Division
Civil Action No. 01:08-cv-01009-GBL-IDD

Rite-Hite Corporation v. Kelley Company, Inc.
U.S. District Court, District of Wisconsin
Civil Action No. 96-C-1345

Rhône-Poulenc Agro, S.A. v. Monsanto Company and Dekalb Genetics Corporation
U.S. District Court, Middle District of North Carolina
Civil Action No. 1:97CV01138

Rohm and Haas Company v. Acti-Chem Specialties, Inc. and Thor Chemie GmbH
U.S. District Court, Eastern District of Pennsylvania
Civil Action No. 99-cv-6337

Roton Barrier, Inc. and Austin R. Baer v. The Stanley Works
U.S. District Court, Eastern District of Missouri, Eastern Division
Civil Action No. 4:92CV00709 (CAS)

R2 Medical Systems, Inc. v. Katecho, Inc. and Cardiovascular Group of Oregon, Inc.
U.S. District Court, Northern District of Illinois, Eastern Division
Civil Action No. 94-C-3131

S. David Stulberg and Bernard N. Stulberg v. Intermedics Orthopedics, Inc., and Techmedica, Inc.
U.S. District Court, Northern District of Illinois
Civil Action No. 94-C-4805

Schreiber Foods, Inc. v. Borden Inc. a/k/a Borden Chemical, Inc., and Borden Foods Corporation, and Dairy Farmers of America, Inc.
U.S. District Court, Eastern District of Wisconsin
Civil Action No. 02-C-0293

SourceProse Corporation v. Fidelity National Financial, et al.
U.S. District Court, Eastern District of Texas
Civil Action No. 2-04CV-265

Syngenta Seeds, Inc. v. Monsanto Company, et al.
U.S. District Court, District of Delaware
Case No. 02-1331-SLR

Synqor, Inc. v. Artesyn Technologies, Inc., et al.
U.S. District Court, Eastern District of Texas
Case No. 2:07-CV-497-TJW-CE

Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC v. Baxter International, Inc. and Baxter Healthcare Corporation
U.S. District Court, District of Delaware
Civil Action No. 05-349-GMS

The Toro Company v. Deere and Company
U.S. District Court, District of Minnesota, Fourth Division
Civil Action No. 99-725 DSD/JMM

ThinkOptics, Inc. v. DB Roth, Inc., et al.
U.S. District Court, Eastern District of Texas, Tyler Division
Civil Action No. 6:11-cv-00455

ThinkOptics, Inc. v. Nintendo of America, Inc., et al.
U.S. District Court, Eastern District of Texas, Tyler Division
Civil Action No. 6:11-cv-00455

Timelines, Inc. v. Facebook, Inc.
U.S. District Court, Northern District of Illinois, Eastern Division
Civil Action No. 11-cv-06867

Triangle Software, LLC v. Garmin International, Inc., TomTom, Inc. Volkswagen Group of America, Inc. and Westwood One, Inc.
U.S. District Court, Eastern District of Virginia
Civil Action No. 1:10cv1457-CMH-TCB

Tripath Imaging, Inc. v. Cytyc Corp.
U.S. District Court, District of Massachusetts
Civil Action No. 03-11142-DPW

TuitionFund, LLC v. Suntrust Banks, Inc, et al.
U.S. District Court, Middle District of Tennessee, Nashville Division
Case No. 3:11-cv-00069

Norma L. Trolinder and Aventis CropScience USA LP v. Monsanto Company
U.S. District Court, Northern District of Texas, Lubbock Division
Civil Action No. 5-00CV0077-C

Wallace Computer Services, Inc., d/b/a TOPS and d/b/a TOPS BUSINESS FORMS v. Sun Microsystems, Inc., and CENTRAM SYSTEMS WEST, Inc., d/b/a TOPS and d/b/a TIPS-A SUN MICROSOFT SYSTEMS COMPANY
U.S. District Court, Northern District of Illinois, Eastern Division
Civil Action No. 88-C-4682

Wang Laboratories, Inc. v. The United States of America
U.S. Court of Federal Claims
No. 99-132C

Wireless Ink Corporation v. Google, Inc. et al.
U.S. District Court, Southern District of New York
Civil Action No. 10 Civ.841 (PKC) and 11 Civ. 1751 (PKC)

Wisconsin Alumni Research Foundation v. General Electric Company
(E.D. Wis., 1995)
880 F. Supp. 1266

Vision Advancement, LLC v. Vistakon, a division of Johnson & Johnson Vision Care, Inc.
U.S. District Court, Eastern District of Texas, Marshall Division
Civil Action No. 2:05CV-455

Zeneca Limited, Zeneca Holdings, Inc., and Zeneca, Inc., v. Rhône-Poulenc, Inc., d/b/a RhônePoulenc Ag Company
U.S. District Court, District of Delaware
Civil Action No. 97-652-RRM