Tabs 3-11
Fully Redacted